Lodged Proposed Order

Name/Address of Attorney or Pro Per

Avetisyan, Haykuhi

106 North Glendale Ave #222

Glendale, California 91206

Telephone (347) 379-6649

☐ FPD  ☐ Apptd  ☐ CJA  ☒ Pro Per

FILED
CLERK, U.S. DISTRICT COURT

JUN 12 2015

CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AVETISYAN, HAYKUHI<br><br>PLAINTIFF(S),<br>v.<br>EXPERIAN INFORMATION SOLUTIONS, INC., et al<br><br>DEFENDANT(S). | CASE NUMBER:<br>2:14-CV-05276-AB-(ASx)<br><br>Motion and Affidavit for Leave to Appeal In Forma Pauperis:<br>☐ 28 U.S.C. 753(f)<br>☒ 28 U.S.C. 1915 |

The undersigned Avetisyan, Haykuhi, a party in the within action, moves the Court under 28 USC § 1915 for authorization to prosecute an appeal without prepayment of fees and costs or security therefor, and for the preparation of a Court Reporter's transcript at government expense.

1. I believe I am entitled to redress, and the issues which I desire to present on my proposed appeal are the following:

   a. Discovery sanction entered against me on May 20, 2015-Docet No. 38

   b. _____

   c. _____

2. Because of my poverty I am unable to pay the costs of the proposed appeal proceeding or to give security therefor. I swear that the following responses are true.

   a. Are you presently employed?  ☐ Yes   ☒ No.  If the answer is yes, state the amount of your salary or wages per month and give the name and address of your employer. _____

   b. Have you received, within the past twelve months, any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, or other source?  ☐ Yes  ☒ No.

      If the answer is yes, describe each source of income and state the amount received from each during the past twelve months.

c. Are you presently employed in prison? ☐ Yes  ☒ No.

If yes, state the number of hours you work per week and the hourly rate of pay.

d. Do you own any cash or do you have money in a checking or savings account? ☒ Yes  ☐ No.

If the answer is yes, state the amount of money in each account separately as of six (6) months prior to the date of this affidavit. $50.00

e. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? No assets owned

f. In what year did you last file an income tax return? Filed jointly with Mkrtich Malkhasyan - husband

g. Approximately how much income did your last tax return reflect? $13,086

h. List the persons who are dependent upon you for support and state your relationship to those persons.
Maya Malkhasyan-Doughter

i. State monthly expenses, itemizing the major items. Food $400, Baby supplies $200, Transportation $70
School $350

I declare under penalty of perjury that the foregoing is true and correct.

_____
Signature of Party

06/11/2015
Date

_____
Signature of Attorney
(Disregard if filed in propria persona)