UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No.: CV 14-05276-AB (ASx) | Date: June 17, 2015 |
| Title: *Haykuhi Avetisyan v. Experian Information Solutions, Inc., et al.* | |

| | |
|---|---|
| Present: The Honorable | ANDRÉ BIROTTE JR. |
| Carla Badirian | N/A |
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None Appearing | None Appearing |

**Proceedings:** [In Chambers] Order re Plaintiff's Request to Proceed *In Forma Pauperis* on Appeal (Dkt. No. 41)

On May 20, 2015 Magistrate Judge Alka Sagar granted Defendant Bank of America, N.A.'s motion to compel further discovery from Plaintiff and awarded BANA a discovery sanction of $1,600 under Federal Rule of Civil Procedure 37(a)(5). (Dkt. No. 38.) Plaintiff filed a "Notice of Appeal" of the Magistrate Judge's order directly to the Ninth Circuit Court of Appeals on June 12, 2015 (Dkt. No. 42) and separately filed a request with this Court to proceed *in forma pauperis* on the appeal. (Dkt. No. 41.) The Court denied Plaintiff's request to proceed *in forma pauperis* (Dkt. No. 45) and writes separately here only to indicate its reasons for denying Plaintiffs request to proceed *in forma pauperis* on appeal.

Plaintiff's appeal is patently without merit and not taken in good faith. 28 U.S.C. § 1915(a)(3). Plaintiff's attempt to seek direct appeal to the Ninth Circuit without first seeking review from this Court is unauthorized by Federal Rule of Civil Procedure 72(a), which provides that a party objecting to a magistrate judge's non-dispositive pretrial ruling must file any such objections with the assigned district judge. *See also* 28 U.S.C.

§ 1291 (vesting Courts of Appeals with appellate jurisdiction over "final decisions of the *district courts* of the United States) (emphasis added). Moreover, any objections to the Magistrate Judge's May 20 order were due no later than June 3, 2015 (within 14 days of the Magistrate Judge's order) and Plaintiff "may not assign as error a defect in the order not timely objected to." Fed. R. Civ. P. 72(a). Finally, the Magistrate Judge's sanctions order was not a "final decision" within the meaning of 28 U.S.C. 1291, and is not appealable prior to final judgment. *Cunningham v. Hamilton County, Ohio*, 527 U.S. 198, 200 (1999); *Cato v. Fresno City*, 220 F.3d 1073, 1074 (9th Cir. 2000).

Because Plaintiff's appeal is "plainly frivolous" under the circumstances, it is not taken in good faith, *Ellis v. United States*, 356 U.S. 674 (1958), and the Court declines exercise its discretion to allow Plaintiff to utilize public funds to proceed with a frivolous appeal. 28 U.S.C. § 1915.

**IT IS SO ORDERED.**