Paul W. Sheldon *(Admitted Pro Hac Vice)*
paul.sheldon@strasburger.com
Texas State Bar No. 18191480
STRASBURGER & PRICE, LLP
2801 Network Boulevard, Suite 600
Frisco, TX 75034-1872
Telephone: (469) 287-3955
Facsimile: (469) 227-6574

Donald E. Bradley, SBN 145037
d.bradley@mpglaw.com
MUSICK, PEELER & GARRETT LLP
650 Town Center Drive, Suite 1200
Costa Mesa, CA 92626-1925
Telephone: (714) 668-2400
Facsimile: (714) 668-2490

Counsel for Defendant TRANS UNION LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAYKUHI AVETISYAN, | Case No. 2:14-CV-05276-AB-ASx |
| Plaintiff, | Hon. André Birotte, Jr., Courtroom 7B |
| v. | **DEFENDANT TRANS UNION LLC'S NOTICE OF MOTION AND MOTION IN LIMINE NO. 1 TO EXCLUDE ANY EVIDENCE OF DAMAGES, BUT NOT LIMITED TO, DAMAGES THE COURT DISPOSED OF ON SUMMARY JUDGMENT** |
| EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION, LLC, and BANK OF AMERICA, N.A., | |
| Defendants. | |
| | Pre-Trial Conf.: March 6, 2017<br>Trial Date: April 4, 2017 |

1031619.1

TO THE HONORABLE COURT AND ALL PARTIES:

PLEASE TAKE NOTICE that on March 6, 2017, at 11:00 a.m., or as soon thereafter as the matter may be heard in Courtroom 7B of the above entitled Court located at 350 W. 1st Street, Los Angeles, California 90012, before the Honorable Judge Andre Birotte Jr. presiding, Defendant Trans Union LLC ("Trans Union") will move in limine pursuant to Fed. R. Evid. 401-403, for an order precluding Plaintiff, her counsel, and her witnesses from making any mention of any damages or losses related to Plaintiff's credit denials, including, but not limited to Plaintiff's two apartment rental denials between September 19, 2012, and August 5, 2013, emotional distress related to Plaintiff's miscarriage, and any other damages the Court disposed of in its June 3, 2016 summary judgment order related to Plaintiff's claims for negligent non-compliance with the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. § 15 U.S.C. § 1681e(b) and the California Consumer Credit Reporting Agencies Act ("CCRAA"), Cal. Civ. §§ 1785.1-1785.36.

Trans Union's Motion in Limine is based on this Notice, the attached Memorandum of Points and Authorities, the papers and records on file herein, and on such oral and documentary evidence as may be presented at the hearing on this matter.

This motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on October 10, 2016.

DATED: February 13, 2017        MUSICK, PEELER & GARRETT LLP

By:  /s/ Paul W. Sheldon
Paul W. Sheldon
Attorneys for Defendant TRANS UNION LLC

# MEMORANDUM OF POINTS AND AUTHORITIES

## I. INTRODUCTION

Trans Union requests that Plaintiff Haykuhi Avetisyan ("Plaintiff" or "Avetisyan"), and Plaintiff's witnesses and counsel be instructed to refrain from mentioning or divulging, either directly or indirectly, upon voir dire, opening statement of the case, inquiry during testimony of any witness, argument or objections before the jury, or in any other means or manner inform the jury, or bring the jury's attention to any reference to any damages or losses related to Plaintiff's credit denials, Plaintiff's two apartment rental denials between September 19, 2012, and August 5, 2013, emotional distress related to Plaintiff's miscarriage, and any other damages the Court disposed of in its June 3, 2016 summary judgment order.

That the violation of any, or all, of these instructions will constitute harm to Trans Union's cause, deprive Trans Union of a fair and impartial trial, and that the Court should instruct Plaintiff that failure to abide by such order of the Court may constitute contempt.

## II. ARGUMENT

Trans Union submits that evidence regarding any damages or losses related to Plaintiff's credit denials, Plaintiff's two apartment rental denials between September 19, 2012, and August 5, 2013, emotional distress related to Plaintiff's miscarriage, and any other damages the Court disposed of in its June 3, 2016 summary judgment order is not admissible herein and/or that the Court should order Plaintiff, and Plaintiff's witnesses to refrain from offering, making any reference to, or mentioning such information in front of the jury as such is irrelevant to the determination of any fact at issue, is prejudicial, and would confuse and mislead the jury pursuant to Fed. R. Evid. 402 & 403 and Fed. R. Civ. P. 26 & 37.[1]

---

[1] See Document #91 [June 3, 2016 Order Granting in Part and Denying in Part (footnote continued)

1  WHEREFORE, Trans Union requests that the Court grant its Motion in
2  Limine No. 1 and instruct Plaintiff and Plaintiff's witnesses that the violation of any,
3  or all, of the Court's Order and any instructions related to the above will constitute
4  harm to Trans Union's cause, deprive Trans Union of a fair and impartial trial, and
5  that the Court should instruct Plaintiff that failure to abide by such Order of the
6  Court may constitute contempt.

8  DATED:  February 13, 2017          MUSICK, PEELER & GARRETT LLP

11                                     By:      */s/  Paul W. Sheldon*
                                            Paul W. Sheldon
12                                          Attorneys for Defendant TRANS UNION LLC

---

Motions for Summary Judgment].  "No credit denials during this period were attributable to Trans Union, so Plaintiff cannot seek such damages from Trans Union…..Plaintiff has not…created a triable issue of fact as to whether her November 2012 miscarriage was caused by…Trans Union's alleged failure…." P.21 L3-10 & P. 23 L17-24

1031619.1

4

TRANS UNION LLC'S NOTICE OF MOTION AND MOTION IN LIMINE NO. 1

MUSICK, PEELER & GARRETT LLP
ATTORNEYS AT LAW

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

At the time of service, I was over 18 years of age and **not a party to this action**.  I am employed in the County of Orange, State of California.  My business address is 650 Town Center Drive, Suite 1200, Costa Mesa, California  92626-1925.

On February 13, 2017, I served true copies of the following document(s) described as **DEFENDANT TRANS UNION LLC'S NOTICE OF MOTION AND MOTION IN LIMINE NO. 1 TO EXCLUDE ANY EVIDENCE OF DAMAGES, BUT NOT LIMITED TO, DAMAGES THE COURT DISPOSED OF ON SUMMARY JUDGMENT** on the interested parties in this action as follows:

> Aidan W. Butler
> 3550 Wilshire Boulevard, Suite 1924
> Los Angeles, CA  90010
> Phone:  (213) 388-5168
> Fax:     (213) 388-5178
> Email:  tocontactaidan@gmail.com
> ***Attorneys for Plaintiff Haykuhi Avetisyan***

☒ **BY CM/ECF NOTICE OF ELECTRONIC FILING:**  I caused said document(s) to be served by means of this Court's electronic transmission of the Notice of Electronic Filing through the Court's transmission facilities, to the parties and/or counsel who are registered CM/ECF Users set forth in the service list obtained from this Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on February 13, 2017, at Costa Mesa, California.

                             */s/  April M. Yusay*
                             April M. Yusay