Paul W. Sheldon *(Admitted Pro Hac Vice)*
paul.sheldon@strasburger.com
Texas State Bar No. 18191480
**STRASBURGER & PRICE, LLP**
2600 Dallas Parkway, Suite 600
Frisco, TX 75034-1872
Telephone: (469) 287-3955
Facsimile:  (469) 227-6574

Donald E. Bradley
d.bradley@mpglaw.com
California State Bar No. 145037
**MUSICK, PEELER & GARRETT LLP**
650 Town Center Drive, Suite 1200
Costa Mesa, CA  92626-1925
Telephone: (714) 668-2400
Facsimile:  (714) 668-2490
Attorneys for TRANS UNION LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAYKUHI AVETISYAN,<br><br>   Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br>TRANS UNION, LLC, and<br>BANK OF AMERICA, N.A.,<br><br>   Defendants. | CASE No. 2:14-CV-05276-AB-ASx<br><br>Hon. André Birotte, Jr., Courtroom 7B<br><br>**JOINT PROPOSED SPECIAL VERDICT FORM**<br><br>Trial Date:          April 4, 2017<br>Time:                8:30 a.m.<br>Courtroom:        7B<br><br>Complaint Filed:   July 8, 2014 |

TO THE HONORABLE JUDGE BIROTTE, JR.:

   COMES NOW, Plaintiff HAYKUHI AVETISYAN and Defendant TRANS

UNION LLC, collectively referred to as the "parties," and respectfully requests that the Court give the following jury verdict form.

The parties hereby reserve the right to deliver to the Court at any time prior to the commencement of closing argument additional proposed questions to the jury. The parties further reserve the right to modify or withdraw the attached proposed verdict form at any time prior to the commencement of closing argument.

The parties also respectfully request that the Court advise counsel of all questions that the Court determines to give prior to the time that the jury is instructed:

**Question No. 1**: Did Plaintiff prove by a preponderance of the evidence that Trans Union negligently violated the FCRA or the CCRAA in its handling and reinvestigating of her disputes received on July 26, 2012, September 4, 2012, September 7, 2012, October 10, 2012, and July 22, 2013?[1] You must be in unanimous agreement.

ANSWER:_____.

Go to Question No. 2.

**Question No. 2**: Did Plaintiff prove by a preponderance of the evidence that Trans Union negligently violated the FCRA or the CCRAA in not directly blocking accounts disputed by Plaintiff and received by Trans Union on July 26, 2013, September 26, 2013, or November 6, 2013?[2] You must be in unanimous agreement.

---

[1] Plaintiff objects to using the dates of each dispute at issue, instead desiring to simply refer to "Plaintiff's disputes."
[2] Id.

ANSWER:_____.

If your answer to Question Nos. 1 and 2 are "No," your verdict is for defendant, and the presiding juror should date and sign this form and you must NOT respond to any more questions below. If your answer is "Yes" to either Question Nos. 1 or 2, then continue with <u>Special Instructions Regarding Question Nos. 3 and 4</u> below.

If you answered "Yes" to Question No. 1, then please answer Question No. 3. Otherwise do not answer Question No. 3. If you answered "Yes" to Question No. 2, then please answer Question No. 4. Otherwise, do not answer Question No. 4.

**Question No. 3**: (ONLY ANSWER IF YOU ANSWERED "YES" TO QUESTION NO. 1) Did Plaintiff prove by a preponderance of the evidence that Trans Union willfully violated the FCRA or the CCRAA in its handling of her disputes received on July 26, 2012, September 4, 2012, September 7, 2012, October 10, 2012, and July 22, 2013?[3] You must be in unanimous agreement.

ANSWER:_____.

**Question No. 4**: (ONLY ANSWER IF YOU ANSWERED "YES" TO QUESTION NO. 2) Did Plaintiff prove by a preponderance of the evidence that Trans Union willfully violated the FCRA or the CCRAA in not directly blocking accounts disputed by Plaintiff and received by Trans Union on July

---

[3] Plaintiff objects to using the dates of each dispute at issue, instead desiring to simply refer to "Plaintiff's disputes."

22, 2013, September 26, 2013, or November 6, 2013?[4] You must be in unanimous agreement.

ANSWER:_____.

Go to Question No. 5.

**Question No. 5**: Has Plaintiff proven that defendant caused her to suffer emotional distress as a result of its violation of the Fair Credit Reporting Act, or the Consumer Credit Reporting Agency Act, as found above?

Instruction: If your answer is "Yes", then go to Question No. 6. If your answer is "No", then you should not answer any further questions. Your deliberations are complete, and the presiding juror should date and sign this form.

ANSWER:_____.

**Question No. 6:** What amount of damages for emotional distress, if any, should be awarded to Plaintiff?

Instruction: Plaintiff has the burden of proof. Answer in dollars and cents, if any. Do not include interest on any amount of damages you find.

ANSWER: $_____

If your answer to Question Nos. 3 <u>and</u> 4 are "No," then you should not answer

---

[4] Id.

Question No. 7; your deliberations are complete, and the presiding juror should date and sign this form. If your answer to Question Nos. 3 <u>or</u> 4 is "Yes", then answer Question No. 7.

If you answered "Yes" to Question Nos. 3 or 4, then you may, but are not required to, answer Question No. 7. If you answered "Yes" to either Question Nos. 3 or 4, then you found that Trans Union willfully violated the FCRA or CCRAA.

**Question No. 7**: (ONLY ANSWER IF YOU ANSWERED "YES" TO QUESTIONS NOS. 3 or 4) Did Plaintiff prove by clear and convincing evidence that Plaintiff is entitled to punitive damages? You must be in unanimous agreement.

ANSWER:_____.

If you answered "YES" to Question No. 7 and are assessing any punitive damages against Trans Union, then please answer Question No. 8. Otherwise, do not answer Question No. 8.

**Question No. 8**: (ONLY ANSWER IF YOU ANSWERED "YES" TO QUESTION NO. 7) What amount of punitive damages, if any, should be awarded to Plaintiff?

<u>Instruction</u>: Plaintiff has the burden of proof. Answer in dollars and cents, if any. Do not include interest on any amount of damages you find.

ANSWER: $_____.

DATED: February 20, 2017          AIDAN W. BUTLER LAW OFFICES


                                  By: */s/ Aidan W. Butler*
                                      Aidan W. Butler
                                      Attorneys for Plaintiff
                                      HAYKUHI AVETISYAN


DATED: February 20, 2017          STRASBURGER & PRICE LLP


                                  By: */s/ Paul W. Sheldon*
                                      Paul W. Sheldon
                                      Attorneys for TRANS UNION LLC

## SIGNATURE CERTIFICATION

Pursuant to L.R. 5-4.3.4 of the United States District Court for the Central District of California, I hereby certify that the content of this document is acceptable to Paul W. Sheldon, counsel for Defendant Trans Union LLC, and that I have obtained Mr. Sheldon's authorization to affix his electronic signature to this document.

DATED: February 20, 2017       AIDAN W. BUTLER LAW OFFICES

By: */s/ Aidan W. Butler*
    Aidan W. Butler
    Attorneys for Plaintiff
    HAYKUHI AVETISYAN

# CERTIFICATE OF SERVICE

On February 20, 2017, I served true copies of the following document(s) described as **JOINT PROPOSED SPECIAL VERDICT FORM** on the interested parties in this action as follows:

Paul W. Sheldon
paul.sheldon@strasburger.com
Strasburger & Price, LLP
2600 Dallas Parkway, Suite 600
Frisco, TX 75034-1872
Telephone: (469) 287-3955

Donald E. Bradley
d.bradley@mpglaw.com
Musick, Peeler & Garrett LLP
650 Town Center Drive, Suite 1200
Costa Mesa, CA 92626-1925
Telephone: (714) 668-2400
Attorneys for TRANS UNION LLC

☒ **BY CM/ECF NOTICE OF ELECTRONIC FILING**: I caused said document(s) to be served by means of this Court's electronic transmission of the Notice of Electronic Filing through the Court's transmission facilities, to the parties and/or counsel who are registered CM/ECF Users set forth in the service list obtained from this Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

*/s/ Aidan W. Butler*
Aidan W. Butler

8
JOINT PROPOSED SPECIAL VERDICT FORM

8699211.6/SP/83057/1713/022017