Aidan W. Butler (SBN 208399)
Attorney at Law
3550 Wilshire Boulevard, Suite 1924
Los Angeles, California 90010
Telephone: (213) 388-5168
Telecopier: (213) 388-5178

Attorneys for Plaintiff HAYKUHI AVETISYAN

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAYKUHI AVETISYAN, an individual,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., an Ohio Corporation; TRANS UNION, LLC, a Delaware limited liability company; BANK OF AMERICA, N.A., etc., et al.,<br><br>　　　　Defendants. | CASE NO: CV14-5276 AB (ASx)<br><br>**NOTICE OF CONDITIONAL SETTLEMENT** |

**TO THE HONORABLE COURT HEREIN:**

**PLEASE TAKE NOTICE** that on March 24, 2017, plaintiff HAYKUHI AVETISYAN and defendant TRANS UNION, LLC, participated in a settlement conference with mediator Gail Killefer, and resolved all of the outstanding issues arising in the above-captioned matter. The parties executed a written settlement agreement, pursuant to which performance is due within twenty-one days.

It is anticipated therefore that the parties will be able to submit a Stipulation for Dismissal of the Entire Case no later than thirty days from today's date.

DATED: March 24, 2017                    Respectfully submitted,

By:  */S/ Aidan W. Butler*
     Aidan W. Butler
     Attorneys for Plaintiff
     HAYKUHI AVETISYAN

## **SIGNATURE CERTIFICATION**

Pursuant to L.R. 5-4.3.4 of the United States District Court for the Central District of California, I hereby certify that the content of this document is acceptable to Angela Taylor, counsel for Defendant EXPERIAN INFORMATION SOLUTIONS, and that I have obtained Ms. Taylor's authorization to affix her electronic signature to this document.

DATED: February 20, 2017     Respectfully Submitted.

By:   */S/ Aidan W Butler*
Aidan W. Butler
Attorney for Plaintiff
HAYKUHI AVETISYAN