JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| Haykuhi Avetisyan<br><br>                    Plaintiff,<br><br>v.<br><br>Experian Information Solutions, Inc. et al.<br><br>                    Defendants. | Case No.  CV 14-05276-AB (ASx)<br><br><br>ORDER DISMISSING CIVIL ACTION |

THE COURT having been advised by counsel that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **30 days,** to re-open the action if settlement is not consummated.  This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated:  March 28, 2017       _____

ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE